

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **BRENDA HARMON** | **CIVIL ACTION NO. 04-2569** |
| **VERSUS** | **JUDGE DOHERTY** |
| **JO ANNE BARNHART,** Commissioner of Social Security Administration | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**.

Lafayette, Louisiana this __1__ day of __March__, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT